**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,    )
                                  )
        v.                     )         Case No. 1:11-mj-9-SJM-SPB-1
                                  )
DAVID A. RINKE  II             )

**O R D E R**

AND NOW, *to wit*, this 1ˢᵗ Day of March, 2011, upon consideration of the

Government's Motion for Stay and Revocation of Release Order [9], docketed as an

appeal from the Magistrate Judge's release order in the above captioned case,

IT IS ORDERED that said motion is GRANTED in part, to the extent that the

Magistrate Judge's release order is STAYED pending the outcome of the Government's

appeal and de novo review of the merits of the Government's motion for revocation of

the release order.  *See United States v. Brigham*, 569 F.3d 220, 230 (5ᵗʰ Cir. 2009)

(citing cases and noting that "several district courts ... in the context of pre-trial detention

[ ] have stayed release orders"); *United States v. Hernandez-Perez*, Magistrate No. 10-

mj-1398-02, 2010 WL 3703302 at *1 (E.D. Pa. Sept. 22, 2010) (noting that district court

judge had granted the Government's motion to stay the defendant's pretrial release

pending a decision on the Government's appeal of the release order).


                                  s/      <u>Sean J. McLaughlin</u>

                                        Sean J. McLaughlin
                                        United States District Judge

cc:    All counsel of record.
       U.S. Magistrate Judge Baxter